IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


UNITED STATES OF AMERICA,
      Plaintiff,

vs.                                        Case No. 3:09cv388/EMT

FIDELITY AND DEPOSIT COMPANY OF
MARYLAND, et al.,
      Defendants.
_____/

## ORDER OF DISMISSAL

      This matter, as to which the parties have consented to magistrate judge jurisdiction, is before the court on the Stipulation of Dismissal filed by Plaintiff and signed by all parties who have appeared (Doc. 30). According to the notification, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties stipulate the dismissal of this action with prejudice, with each party to bear its own costs except as otherwise agreed by the parties (*id.*).

      As Plaintiff is entitled to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-titled action is **DISMISSED, with prejudice**.


      **DONE AND ORDERED** this 24th day of March 2010.



                          /s/ *Elizabeth M. Timothy*
                          **ELIZABETH M. TIMOTHY**
                          **UNITED STATES MAGISTRATE JUDGE**